FILED

10/08/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0083

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0083

_____

STATE OF MONTANA, by and through the
DEPARTMENT OF NATURAL RESOURCES
AND CONSERVATION, for and on behalf of the
BOARD OF LAND COMMISSIONERS, and THE
OFFICE OF THE ATTORNEY GENERAL,

      Plaintiffs, Appellees, and
      Cross-Appellants,

    v.

GREENFIELDS IRRIGATION DISTRICT,
BOARD OF COMMISSIONERS OF
GREENFIELDS IRRIGATION DISTRICT,

      Defendants, Appellants, and
      Cross-Appellees.

O R D E R

_____

On October 8, 2020, Appellees, through counsel, filed an unopposed motion for judicial notice.

IT IS HEREBY ORDERED that Court will take the notice under advisement when briefing is completed and the case is considered on the merits.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 8 2020